PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Dale Gordon Sayers**

**Docket No. 0:00CR00171-1(DWF)**

**Petition on Supervised Release**

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dale Gordon Sayers** who was sentenced for Aiding and Abetting Assault with a Dangerous Weapon on February 5, 2004, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold
Participate in drug/alcohol treatment program
Provide financial information
No firearms, dangerous weapons
Psychological/psychiatric counseling/treatment *(previously modified on 12/17/02)*
Participate in an anger management program
12-step support program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Sayers missed scheduled drug tests on January 3, 14, and 19, 2005. He failed to contact his probation officer within 72 hours of an employment change, and he missed a scheduled office appointment on January 14, 2005.

SCANNED
FEB 02 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 1 day of February, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Randell W. Nikula
U.S. Probation Officer

Executed on January 31, 2005
Place Minneapolis

c: United States Sentencing Commission