Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Dale Gordon Sayers

Docket No. 0:00CR00171-001(DWF/ESS)

## HEARING WAIVER

I, Dale Gordon Sayers, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Dale Sayers
Dale Gordon Sayers
Supervised Releasee

Dated: 1-28-05

Witness: Randell W. Nikula
Randell W. Nikula
U.S. Probation Officer

SCANNED
FEB 02 2005
U.S. DISTRICT COURT ST. PAUL