**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-171(1) DWF/AJB |
| | ) | Date: 4/18/05 |
| DALE GORDON SAYERS, | ) | Court Reporter: None |
| | ) | Tape Number: 2005-9 |
| Defendant. | ) | Time Commenced: 11:15 a.m. |
| | | Time Concluded: 11:20 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Mike Cheever
Assistant U.S. Attorney

**Defendant:** Lyonel Norris

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Interpreter: ______________________ Language:______________________

Date Charges Filed: April 14, 2005 Offense: Violation of Supervised Release

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.
Motion is: √ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.**

Next appearance date is April 20, 2005 at 10:30 a.m., before U.S. Magistrate Judge Arthur J. Boylan for:

√ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ preliminary revocation

Additional Information:

s/Kathy Thobe

Signature of Judicial Assistant