**FEDERAL PUBLIC DEFENDER**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5358
Fax: 612-664-5850

DANIEL M. SCOTT
Federal Public Defender

TIM W. TREBIL
MIKE KAULFUSS
Investigators

JULIE M. PETTIT
Paralegal

SCOTT F. TILSEN
First Assistant Defender

Assistant Federal Defenders
ANDREW H. MOHRING
ANDREA K. GEORGE
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

April 19, 2005

Honorable Arthur J. Boylan
United States Magistrate Judge
738 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. Dale Sayers
Criminal No. 00-171(1) DWF/AJB

Dear Judge Boylan:

This letter is to advise that Mr. Sayers is waiving his preliminary and detention hearing on Wednesday, April 20, 2005. A final revocation hearing has been scheduled before the Honorable Donovan W. Frank on Monday, April 25, 2005, at 10:00 a.m. It is therefore requested that the preliminary and detention hearing scheduled for April 20 be removed from the calendar.

Sincerely,

*s/ Lyonel Norris*
LYONEL NORRIS
Assistant Federal Defender

LN:jrp