**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-171(1) DWF/AJB |
| | ) | Date: 4/19/05 |
| DALE GORDON SAYERS, | ) | Court Reporter: None |
| | ) | Tape Number: 2005- |
| Defendant. | ) | Time Commenced: |
| | | Time Concluded: |
| | | Time in Court: 0 Hours & Minutes |

____ **PRELIMINARY HRG ONLY** _____ **DETENTION HRG ONLY**

____ **PRELIMINARY REVOCATION /DETENTION HRG**

APPEARANCES:

**Plaintiff**:
Assistant U.S. Attorney

**Defendant:**
☐ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter: ____________________ Language:____________________

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

√ ☐ Deft Ordered Detained ☐ Bond Continued ☐ Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before ________________on__________________.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information:

**Preliminary Revocation and Detention Hearing on 4/20/05 is canceled. Defendant waived Detention/Preliminary Hearing and is scheduled for a Final Revocation Hearing before DWF on April 25, 2005.**

s/Kathy Thobe

Signature of Judicial Assistant