AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 APR 14 P 3: 13

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-171 (1) DWF/AJB**

0541-0414-0957-D

Dale Gordon Sayers

US MARSHALS SERVICE
MPLS., MN
APR 15 8 44 AM '05
RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Dale Gordon Sayers

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

Michelle Conway April 14, 2005 at St. Paul, MN

(By) Michelle Conway, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

_____________________________________ _____________________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 4-15-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]