# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SUPERVISED RELEASE VIOLATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

DALE GORDON SAYER,
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 00-171(01)(DWF/AJB)
Date: April 25, 2005
Court Reporter: JEANNE ANDERSON
Time Commenced: 8:45
Time Concluded: 9:10
Time in Court: Hour & 30 Minutes

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

**SENTENCE: Committed to the Bureau of Prisons for 5 MONTHS. Defendant to be discharged without further Supervised Release after completion of prison sentence.**

APPEARANCES:

For Plaintiff: MICHAEL CHEEVERS
For Defendant: LYONEL NORRIS 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter/Language:

9 Appointment of Counsel requested - 9 granted 9 denied.
9 Appointed

PROCEEDINGS:

9 **Arraignment** on 9 Information, 9 Indictment
9 **Change of Plea Hearing.**
9 **Initial Appearance.**
9 Indictment waived.
9 Defendant withdraws plea of as to Count(s):

: PLEA:
9 **Guilty as to Count(s):**
9 "Nolo Contendere" as to Count(s):
: Defendant admits violations.

9 Presentence Investigation and Report requested.
9 Bond continued.
9 **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.

: Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk