# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**DALE GORDON SAYERS**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: **00-171(01)(DWF/AJB)**
USM Number: **09477-041**
Social Security Number: **8913**
Date of Birth: **1979**

**Lyonel Norris**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
**Accordingly**, the Court has adjudicated that the defendant is guilty of the following offenses:

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
| --- | --- | --- |
| Special Condition | Defendant absconded from the Volunteers of America halfway house. | 04/09/05 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

Special Assessment Amount $ in full and immediately.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

**APRIL 25, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judicial Officer

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judicial Officer

**APRIL 25, 2005**
Date

DEFENDANT: DALE GORDON SAYERS
CASE NUMBER: 00-171(01)(DWF/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 MONTHS with no Supervised Release Term to follow. Upon completion of prison sentence the defendant is discharged**.

[] The Court makes the following recommendations to the Bureau of Prisons:

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________________

at ________________ , with a certified copy of this Judgment.

______________________
UNITED STATES MARSHAL

By ______________________
Deputy U.S. Marshal